IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-mc-00014-MEH

In re: NORIT N.V.,

    Petitioner,

ADA-ES, INC.,

    Interested Party.

---

**ORDER DISMISSING CASE**

---

On Notice of Voluntary Dismissal filed by the Petitioner pursuant to Fed. R. Civ. P. 41(a)(1)(A), and the Court being fully advised in the premises, it is hereby ordered that this case is **dismissed without prejudice**.

It is so ORDERED and entered this 26th day of October, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge